# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 12, 2025

**Via ECF**

The Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Defendant D'Ambrosio's conditions of release are modified to permit travel to the District of Connecticut with the advance approval of the Pretrial Services Officer.
12/12/2025
SO ORDERED.

P. Kevin Castel
United States District Judge

Re:    **United States v. Joseph D'Ambrosio**
       **25 Cr. 317 (PKC)**

Dear Judge Castel,

We write with the consent of the Government and Pretrial Services to respectfully request modification of Mr. D'Ambrosio's release conditions to permit him to travel to the District of Connecticut with the preapproval of Pretrial Services.

Since Mr. D'Ambrosio's self-surrender and presentment on July 17, 2025, he has been released on certain conditions, including the restriction of his travel to the Southern and Eastern Districts of New York. Mr. D'Ambrosio has cause to travel to the District of Connecticut in the near future, with respect to which Pretrial Services and the Government have no objection. So that Mr. D'Ambrosio may undertake this travel, we respectfully request that his release conditions and personal recognizance bond be amended to permit travel to the District of Connecticut with the preapproval of Pretrial Services.

We thank the Court for its consideration of this request

Respectfully submitted,

/s/

Andrew J. Dalack
Neil P. Kelly
Assistant Federal Defenders
(212) 417-8768/8744

cc:    Counsel of record
       Pretrial Services Officer Akil King