# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 16, 2025

Sentencing is adjourned from January 6, 2026
to February 24, 2026 at 11:00 a.m. in Courtroom 11D.
SO ORDERED.
Dated:  12/16/2025

P. Kevin Castel
United States District Judge

*Via CM/ECF*

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Joseph D'Ambrosio*
       **25 Cr. 317 (PKC)**

Dear Judge Castel,

We write to respectfully request that the Court adjourn Joseph D'Ambrosio's sentencing proceeding, which is currently scheduled for January 6, 2026, by 45 days. The Government, by AUSA Matthew Shahabian, consents to this motion. This is the defense's first request for an adjournment of sentencing.[1]

An adjournment is appropriate to allow the defense sufficient time to finish gathering materials pertinent to the Court's application of the 18 U.S.C. § 3553(a) factors to Mr. D'Ambrosio, including documents and other items that are necessary to understanding Mr. D'Ambrosio's overall background, record, and mental health, and the impact his imprisonment would have on others.

I thank the Court for its consideration of this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Neil P. Kelly, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:    AUSA Matthew Shahabian

---

[1] Undersigned counsel has another sentencing in a longstanding matter, *United States v. Haji Najibullah*, 14 Cr. 401 (KPF), before Judge Katherine Polk Failla on February 19, 2026, and would be grateful if the Court did not reschedule Mr. D'Ambrosio's sentencing for the same day.