# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 9, 2026

Application GRANTED.
SO ORDERED.
Dated:  2/10/2026

P. Kevin Castel
United States District Judge

***Via CM/ECF***
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**    ***United States v. Joseph D'Ambrosio***
      **25 Cr. 317 (PKC)**

Dear Judge Castel,

I write to respectfully request that the Court extend the sentencing submission deadlines in this case by two days, such that the defense submission is due by February 12 and the Government submission is due by February 19, without any change to the February 24 sentencing date. The Government, by AUSA Matthew Shahabian consents to this application. The extension will allow the defense sufficient time to finish collecting letters and other mitigation materials for adequate incorporation into its sentencing memorandum.

Respectfully Submitted,

Andrew John Dalack, Esq.
Neil P. Kelly, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:    AUSA Matthew Shahabian